IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Velez, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Palermo Enterprises, Inc., and Joe Greco, <br><br> Defendants. | No. 1:15-cv-04997 <br><br> Judge Kennelly |

### ORDER GRANTING APPROVAL OF SETTLEMENT

The Court has considered the parties' JOINT MOTION AND MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES AND COSTS, and hereby finds and orders as follows:

1. The Court certifies the Settlement Class as a collective action under 29 U.S.C. § 216(b) of the Fair Labor Standards Act;

2. The Court approves the Settlement Agreement as fair, reasonable, and adequate as it applies to the Settlement Class;

3. The Court finds that the Notice to be given to the two opt-in plaintiffs that have not signed the settlement agreement constitutes the best notice practicable under the circumstances and constitutes valid, due, and sufficient notice in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution;

4. The Court declares the Settlement Agreement to be binding on the Class Members;

1

5.  The Court dismisses *with prejudice* the released claims;

6.  The Court forever discharges defendants from all released claims;

7.  Settlement Class Members shall receive their settlement payments according to the procedures set forth in the Settlement Agreement;

8.  The Settlement Agreement shall be binding on defendants, and all Settlement Class Members;

9.  The Court orders that any Settlement Class Members bound by the terms of the Settlement Agreement fully release and discharge defendants, and all other releasees set forth in the Settlement Agreement, from all actions or causes of action, whether known or unknown, that the parties agreed to release in the Settlement Agreement;

10. The Court finds that the amount of attorneys' fees and expenses to be awarded to plaintiffs' counsel are reasonable;

11. This case is dismissed *with prejudice*, in accordance with the terms of settlement.

IT IS SO ORDERED.

Dated: January 20, 2017

_____
The Honorable Matthew F. Kennelly
United States District Court Judge